# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0018.    TERESA HOLLIS v. ARGONAUT GREAT CENTRAL INSURANCE COMPANY.**

Teresa Hollis filed this appeal from the trial court's order overruling her traverse in this garnishment action. The appellee filed a motion to dismiss, arguing that Hollis was required to follow the discretionary appeal procedure to obtain appellate review of the trial court's order.

The appellee is correct. Under OCGA § 5-6-35 (a) (4), appeals in garnishment cases must be made by filing a timely application for discretionary appeal. See *Lamb v. First Union Brokerage Svcs.*, 263 Ga. App. 733, 736 (1) (589 SE2d 300) (2003). Because Hollis failed to follow the proper appellate procedure, we lack jurisdiction to review the trial court's order. See *Thomas v. Grisson*, 191 Ga. App. 421 (383 SE2d 907) (1989).

In response to the appellee's motion to dismiss, Hollis filed a "Motion to Amend," asking us to accept her appellate brief as an application for discretionary appeal. She cites no authority in support of her request, and we decline to construe a filing in a pending direct appeal as an application for appeal under OCGA § 5-6-35. Accordingly, Hollis's Motion to Amend is hereby DENIED.[1]

---

[1] Even if we were to construe Hollis's brief as an application for discretionary appeal, it would be untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). The trial court entered its order on

For these reasons, the appellee's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 11/01/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*

---

April 16, 2013. Hollis filed her brief on September 3, which was 140 days later, and she did not file her motion to amend until September 27, which was 164 days later.